808 A.2d 96

MICHAEL A. TROISE, PLAINTIFF, AND STEVEN J. WITTEK, PLAINTIFF–RESPONDENT, v. EXTEL COMMUNICATIONS, INC., DEFENDANT–APPELLANT, AND PRISMATIC DEVELOPMENT CORP. AND ST. PAUL SEABOARD SURETY CO.; DEFENDANTS, AND STATE OF NEW JERSEY, DEPARTMENT OF LABOR, DEFENDANT–RESPONDENT.

Argued October 7, 2002—Decided October 24, 2002.

*Angelo J. Genova*, argued the cause for appellant (*Genova, Burns & Vernoia*, attorneys; *Mr. Genova* and *Jeffrey S. Leonard*, on the brief).

*Santo J. Bonanno*, argued the cause for respondent Steven J. Wittek (*Struble Ragno Petrie Spinato Bonanno MacMahon Conte & Acquaviva*, attorneys).

*Lorie E. Grifa*, Assistant Attorney General, argued the cause for respondent State of New Jersey, Department of Labor (*David Samson*, Attorney General of New Jersey, attorney; *Michael J. Haas*, Assistant Attorney General, of counsel; *Pamela E. Gellert*, Deputy Attorney General, on the brief).

*Warren B. Kasdan*, argued the cause for *amicus curiae* Utility and Transportation Contractors Association of New Jersey (*Schwartz, Tobia, Stanziale, Sedita & Campisano*, attorneys).

*Steven A. Berkowitz*, argued the cause for *amici curiae* Plumbers & Pipefitters Local Union 9; Plumber Local Union 14; Plumbers Local Union 24; Pipefitters Local Union 274; Plumbers & Pipefitters Local Union 322; Steamfitters Local 475; Sprinkler Fitters Local Union 669; Sprinkler Fitters Local Union 696 and the Public Utility Construction and Gas Appliance Workers of New Jersey Local Union 855.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in *Judge Skillman's opinion* of the Appellate Division, reported at 345 *N.J.Super.* 231, 784 *A.*2d 748 (2001).

*For affirming*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and ALBIN—7.

*Opposed*—None.